Joshua Koltun, Attorney  
One Sansome Street  
Suite 3500, No. 500  
San Francisco, CA 94104

, Date: 3/18/2014

Regarding: SMT v. Doe EDMI  
Invoice No: 00220

## Services Rendered

| Date | Staff | Description | Hours | Rate | Charges |
|---|---|---|---|---|---|
| 9/23/2013 | JK | Review complaint and waiver of summons form; analyze issues and discuss with Doe re same | 1.30 | $470.00 | $611.00 |
| 11/20/2013 | JK | Draft Answer | 3.20 | $470.00 | $1,504.00 |
| 12/02/2013 |  | Analyze draft CMS and conference with Stewart. | 0.80 | $470.00 | $376.00 |
| 12/03/2013 | JK | 26(f) conference with Stewart Swanson Pineau; draft CMC and emails Stewart/Doe re same | 1.50 | $470.00 | $705.00 |
| 12/05/2013 | JK | Further edits to CMC, conference with Clerk re same/telephonic | 0.40 | $470.00 | $188.00 |
| 12/09/2013 | JK | CMC with Court | 0.50 | $470.00 | $235.00 |
| 12/19/2013 | JK | Draft initial disclosures and email Client and Stewart re same | 0.40 | $470.00 | $188.00 |
| 1/13/2014 | JK | interview Amthrax re discovery | 0.90 | $480.00 | $432.00 |
| 1/17/2014 | JK | Review 12(c) motion and legal research re same | 3.40 | $480.00 | $1,632.00 |
| 1/18/2014 | JK | Legal research re rule 12 and res judicata issues; | 5.20 | $480.00 | $2,496.00 |
| 1/21/2014 | JK | Draft opposition to 12c motion | 3.10 | $480.00 | $1,488.00 |
| 1/22/2014 | JK | Research re SMJ and draft same | 3.80 | $480.00 | $1,824.00 |
| 1/23/2014 | JK | Draft opposition to Rule 12c motion and | 4.10 | $480.00 | $1,968.00 |

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | legal research re res judicata and procedural issues | | | |
| 1/24/2014 | JK | Draft discovery requests | 2.50 | $480.00 | $1,200.00 |
| 1/25/2014 | JK | Research re SMJ and draft same | 4.10 | $480.00 | $1,968.00 |
| 1/28/2014 | JK | Research re res judicata/collateral estoppel and draft opposition to 12c motion | 3.90 | $480.00 | $1,872.00 |
| 1/29/2014 | JK | emails with Doe re discovery requests, review materials re same; (1.2) draft opposition to 12c motion and legal research re same (2.5). | 3.70 | $480.00 | $1,776.00 |
| 1/30/2014 | JK | conference with Doe re discovery reponses (.9) and draft 12c opposition (1.8) | 2.70 | $480.00 | $1,296.00 |
| 2/01/2014 | JK | factual investigation and review materials re Technovate and re Doe discovery responses; email re same | 0.70 | $480.00 | $336.00 |
| 2/01/2014 | JK | Draft opposition to 12c motion; research re same | 3.10 | $480.00 | $1,488.00 |
| 2/02/2014 | JK | Draft opposition to 12c motion and email Stewart re issues re same | 4.30 | $480.00 | $2,064.00 |
| 2/07/2014 | JK | Draft discovery responses | 2.70 | $480.00 | $1,296.00 |
| 2/08/2014 | JK | Conference with Stewart and redraft 12(c) opposition | 2.50 | $480.00 | $1,200.00 |
| 2/09/2014 | JK | Draft discovery responses | 1.00 | $480.00 | $480.00 |
| 2/27/2014 | JK | Review and analyze discovery responses from Plaintiff | 2.10 | $480.00 | $1,008.00 |

Total Fees $29,631.00

*Expenses*

| Start Date | Description | Quantity | Charges |
|---|---|---|---|
| 10/30/2013 | Pass through payment for Honigman Retainer | 0.00 | $5,000.00 |
| 12/31/2013 | Lexis-Nexis Charges for the Month | 0.00 | $134.79 |
| 1/31/2014 | Lexis-Nexis Charges for the Month | 0.00 | $173.20 |

| Date | Description | | Amount |
|---|---|---|---|
| 2/28/2014 | Lexis-Nexis Charges for the Month | 0.00 | $9.74 |

|  |  |
|---|---|
| Total Expenses | $5,317.73 |
| Total New Charges | $34,948.73 |
| Previous Balance | $0.00 |
| 10/25/2013 Payment Doe/TEAM | $-5,000.00 |
| Total Payments and Credits | $-5,000.00 |
| Balance Due | $29,948.73 |

## Staff Summary

| Name | Hours | Rate |
|---|---|---|
|  | 0.80 | $470.00 |
| Joshua Koltun | 7.30 | $470.00 |
| Joshua Koltun | 53.80 | $480.00 |

Joshua Koltun, Attorney
One Sansome Street
Suite 3500, No. 500
San Francisco, CA 94104

, Date: 6/17/2014

Regarding: SMT v. Doe EDMI
Invoice No: 00226

**Services Rendered**

| Date | Staff | Description | Hours | Rate | Charges |
|---|---|---|---|---|---|
| 3/05/2014 | JK | Review proposed protective order | 0.60 | $480.00 | $288.00 |
| 3/06/2014 | JK | Analyze editions of Team Builder's Handbook for fair use argument; legal research re same | 2.20 | $480.00 | $1,056.00 |
| 3/07/2014 | JK | Draft MSJ and legal research re same | 2.40 | $480.00 | $1,152.00 |
| 3/08/2014 | JK | Draft MSJ and factual and legal research re same | 5.30 | $480.00 | $2,544.00 |
| 3/09/2014 | JK | legal research re deposition dispute and communications with Doe re same | 1.20 | $480.00 | $576.00 |
| 3/12/2014 | JK | Conference with client re facts for MSJ; re next steps, discovery disputes, proposed deposition | 1.70 | $480.00 | $816.00 |
| 3/16/2014 | JK | Factual research re MSJ, reviewing content of Blog | 2.10 | $480.00 | $1,008.00 |
| 3/25/2014 | JK | Review document production and past interrogatory responses and correspondence re dispute over discovery; draft and send emails to Pineau re same | 1.80 | $480.00 | $864.00 |
| 3/25/2014 | JK | Emails with Pineau, Stewart re discovery cutoff dispute and review dates re diligence argument for MSJ/CSM, | 0.80 | $480.00 | $384.00 |
| 3/27/2014 | JK | Legal research re MSJ | 2.70 | $480.00 | $1,296.00 |

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 3/28/2014 | JK | Draft MSJ and review documents re same | 2.60 | $480.00 | $1,248.00 |
| 4/04/2014 | JK | Draft MSJ and research re same | 1.20 | $480.00 | $576.00 |
| 4/05/2014 | JK | Draft MSJ and research re same | 2.80 | $480.00 | $1,344.00 |
| 4/07/2014 | JK | Conference with Doe bringing up to date re discovery, scheduling disputes and discuss issues re same and re MSJ; draft MSJ. | 2.00 | $480.00 | $960.00 |
| 4/08/2014 | JK | Emails with Pineau and leave message with case management clerk, prepare re conference call and/or case management | 0.50 | $480.00 | $240.00 |
| 4/20/2014 | JK | Draft MSJ and legal and factual research re same | 4.00 | $480.00 | $1,920.00 |
| 4/21/2014 | JK | Conf. Swanson and Pineau re discovery and status issues (1.9); draft MSJ | 0.00 | $480.00 | $0.00 |
| 4/23/2014 | JK | Review discovery issues and email Pineau re same; review emails from Doe re discovery | 1.00 | $480.00 | $480.00 |
| 4/25/2014 | JK | prepare for meet/confer with Pineau/Swanson and Status Conf., confer with Pineau/Swanson, status conf | 3.20 | $480.00 | $1,536.00 |
| 4/27/2014 | JK | Edit MSJ, review documents re same | 0.00 | $480.00 | $0.00 |
| 4/28/2014 | JK | Draft MSJ and review documents re same; draft supporting papers | 0.00 | $480.00 | $0.00 |
| 4/30/2014 | JK | Communications with Doe re MSJ draft; review documents and edit draft MSJ and declarations | 0.00 | $480.00 | $0.00 |
| 5/06/2014 | JK | Review reassignment, look up new judges, email to Doe re same | 0.30 | $480.00 | $144.00 |
| 5/12/2014 | JK | Conference Pineau and email re same to Doe re settlement | 0.50 | $480.00 | $240.00 |
| 5/13/2014 | JK | discuss settlement with Doe | 1.00 | $480.00 | $480.00 |

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 5/19/2014 | JK | Draft MSJ; review Judge Levy standing orders re same | 0.90 | $480.00 | $432.00 |
| 5/21/2014 | JK | Draft MSJ and declarations; review and mark documents re same; emails to Doe with questions | 5.20 | $480.00 | $2,496.00 |
| 5/22/2014 | JK | Emails with Doe re draft declaration and review posts re same | 0.30 | $480.00 | $144.00 |
| 5/23/2014 | JK | Draft Doe declaration and MSJ; review potential exhibits and emails and conference with Doe re same and re factual issues | 3.80 | $480.00 | $1,824.00 |
| 5/27/2014 | JK | Draft MSJ and declarations; emails with Doe re same | 0.70 | $480.00 | $336.00 |
| 5/29/2014 | JK | Draft MSJ and declarations, review exhibits; emails with Doe re declaration; citecheck | 8.00 | $480.00 | $3,840.00 |
| 5/30/2014 | PJK | Prepare and file MSJ and related papers | 2.30 | $150.00 | $345.00 |

| | | |
|---|---|---|
| | Total Fees | $28,569.00 |

**Expenses**

| Start Date | Description | Quantity | Charges |
|---|---|---|---|
| 3/31/2014 | Lexis-Nexis Charges for the Month | 0.00 | $362.84 |
| 4/30/2014 | Lexis-Nexis Charges for the Month | 0.00 | $286.00 |
| 5/30/2014 | Lexis-Nexis Charges for the Month | 0.00 | $73.65 |

| | |
|---|---|
| Total Expenses | $722.49 |
| Total New Charges | $29,291.49 |
| Previous Balance | $29,948.73 |

| | | | |
|---|---|---|---|
| 3/20/2014 | Payment | Doe/TEAM | $-5,000.00 |
| 6/04/2014 | Payment | Doe/TEAM | $-10,000.00 |

| | |
|---|---|
| Total Payments and Credits | $-15,000.00 |

| | | |
|---|---|---|
| Balance Due | | $44,240.22 |

**Staff Summary**

| Name | Hours | Rate |
|---|---|---|
| Joshua Koltun | 58.80 | $480.00 |
| Paralegal JK | 2.30 | $150.00 |

Joshua Koltun, Attorney
One Sansome Street
Suite 3500, No. 500
San Francisco, CA 94104

Date: 2/11/2015

,

Regarding: SMT v. Doe EDMI
Invoice No: 00246

*Services Rendered*

| Date | Staff | Description | Hours | Rate | Charges |
|---|---|---|---|---|---|
| 6/02/2014 | JK | Emails re SJM and conference with court, conference with Mitra re rules and prepare re conference with Judge Levy | 0.80 | $480.00 | $384.00 |
| 6/03/2014 | JK | Prepare for conference with Judge Levy, Pineau, telephonic conference | 1.00 | $480.00 | $480.00 |
| 6/04/2014 | JK | Review court order re schedule and research re same; conference with Doe re same (████████████.5) | 1.50 | $480.00 | $720.00 |
| 6/05/2014 | JK | Research re 56(d); [████████ ████████.3] | 1.40 | $480.00 | $672.00 |
| 1/27/2015 | JK | Prepare for Oral Argument | 4.20 | $490.00 | $2,058.00 |
| 1/28/2015 | JK | prepare oral argument re 12c motion and possible status conference re MSJ | 2.50 | $490.00 | $1,225.00 |
| 1/30/2015 | JK | Oral argument re 12c and status conference re MSJ | 1.60 | $490.00 | $784.00 |
|  |  |  |  | Total Fees | $6,323.00 |

*Expenses*

| Start Date | Description | Quantity | Charges |
|---|---|---|---|
| 12/05/2013 | Fedex to Honigman copies | 0.00 | $53.85 |
| 2/10/2014 | Fedex to Judge Berg chambers courtesy copies | 0.00 | $51.23 |

| Date | Description | | Amount |
|---|---|---|---|
| 6/30/2014 | Lexis-Nexis Charges for the Month | 0.00 | $21.30 |
| 1/30/2015 | Airfare, Hotel, Meal expenses for Ann Arbor Hearing | 0.00 | $1,011.85 |
| 1/31/2015 | Lexis-Nexis Charges for the Month | 0.00 | $395.00 |

|  |  |
|---|---|
| Total Expenses | $1,533.23 |
| Total New Charges | $7,856.23 |
| Previous Balance | $44,240.22 |
| 1/20/2015  Payment    Doe/TEAM | $-1,500.00 |
| Total Payments and Credits | $-1,500.00 |
| Balance Due | $50,596.45 |

### *Staff Summary*

| Name | Hours | Rate |
|---|---|---|
| Joshua Koltun | 4.70 | $480.00 |
| Joshua Koltun | 8.30 | $490.00 |

Joshua Koltun, Attorney  
One Sansome Street  
Suite 3500, No. 500  
San Francisco, CA 94104

, Date: 8/07/2015

Regarding: SMT v. Doe EDMI  
Invoice No: 00260

**Services Rendered**

| Date | Staff | Description | Hours | Rate | Charges |
|---|---|---|---|---|---|
| 3/18/2015 | JK | Analyze court decision and emails with Doe re same | 0.60 | $490.00 | $294.00 |
| 3/26/2015 | JK | Status conference with Court and emails with client; analyze meet and confer email from Pineau and review discovery materials and respond | 1.00 | $490.00 | $490.00 |
| 3/27/2015 | JK | Analyze motion to compel and legal research re same | 3.20 | $490.00 | $1,568.00 |
| 3/28/2015 | JK | Legal research re motion to compel | 5.60 | $490.00 | $2,744.00 |
| 3/29/2015 | JK | Legal Research re Motion to Compel | 6.80 | $490.00 | $3,332.00 |
| 3/30/2015 | JK | Legal research re motion to compel and outline opposition re same | 5.40 | $490.00 | $2,646.00 |
| 4/08/2015 | JK | Legal research re SMT v Doe and outline opposition re same | 2.20 | $490.00 | $1,078.00 |
| 4/09/2015 | JK | Draft opposition to motion to compel; legal research re same and outline same | 7.20 | $490.00 | $3,528.00 |
| 4/10/2015 | JK | Legal research; draft opposition MTC | 7.60 | $490.00 | $3,724.00 |
| 4/11/2015 | JK | Draft opposition to MTC; legal research and analyze record re same | 5.90 | $490.00 | $2,891.00 |
| 4/12/2015 | JK | Analyze record and draft opposition to MTC | 5.20 | $490.00 | $2,548.00 |

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 4/13/2015 | JK | Draft Opp. MTC and research re same | 6.70 | $490.00 | $3,283.00 |
| 4/14/2015 | JK | Draft opposition to MTC, legal research re same and edit same | 5.30 | $490.00 | $2,597.00 |
| 4/15/2015 | JK | Draft Opp to MTC, emails with MacFarland and Doe re declarations | 4.70 | $490.00 | $2,303.00 |
| 4/16/2015 | JK | Draft and edit Opp to MTC and supporting papers; conference with Doe re declaration | 7.30 | $490.00 | $3,577.00 |
| 4/17/2015 | JK | Finalize, shephardize, edits to Opp to SMT and papers | 2.50 | $490.00 | $1,225.00 |
| 4/17/2015 | PJK | Finalize papers for filing, file papers | 1.40 | $150.00 | $210.00 |
| 4/28/2015 | JK | Analyze reply brief and legal research; outline issues for oral argument | 2.70 | $490.00 | $1,323.00 |
| 6/02/2015 | JK | Preparation for oral argument; legal research | 7.60 | $490.00 | $3,724.00 |
| 6/05/2015 | JK | Attend hearing and argue motion to compel | 2.20 | $490.00 | $1,078.00 |
| | | | | Total Fees | $44,163.00 |

**Expenses**

| Start Date | Description | Quantity | Charges |
|---|---|---|---|
| 6/30/2015 | Lexis-Nexis Charges for the Month | 0.00 | $51.87 |
| 6/30/2015 | Transportation, Hotel, Food for Ann Arbor appearance 6/6 | 0.00 | $1,076.28 |
| | | Total Expenses | $1,128.15 |

| | | | |
|---|---|---|---|
| | Total New Charges | | $45,291.15 |
| | Previous Balance | | $50,596.45 |
| 2/20/2015 | Payment | Doe/TEAM | $-1,500.00 |
| 3/20/2015 | Payment | Doe/TEAM | $-1,500.00 |

| | | | |
|---|---|---|---|
| 4/20/2015 | Payment | Doe/TEAM | $-1,500.00 |
| 5/20/2015 | Payment | Doe/TEAM | $-1,500.00 |
| 6/19/2015 | Payment | Doe/TEAM | $-1,500.00 |
| 7/20/2015 | Payment | Doe/TEAM | $-1,500.00 |
| | Total Payments and Credits | | $-9,000.00 |
| | Balance Due | | $86,887.60 |

**Staff Summary**

| Name | Hours | Rate |
|---|---|---|
| Joshua Koltun | 89.70 | $490.00 |
| Paralegal JK | 1.40 | $150.00 |

Joshua Koltun, Attorney
One Sansome Street
Suite 3500, No. 500
San Francisco, CA 94104

,                                                                                                        Date:   1/05/2016

Regarding:   SMT v. Doe EDMI
Invoice No:   00266

**Services Rendered**

| Date | Staff | Description | Hours | Rate | Charges |
|---|---|---|---|---|---|
| 11/04/2015 | JK | Analyze Order re MTC and discovery requests/responses discussed; emails and conferences with Doe re same and re production, next steps | 2.20 | $490.00 | $1,078.00 |
| 11/06/2015 | JK | Draft protective order, research re model protective order | 1.00 | $490.00 | $490.00 |
| 11/09/2015 | JK | Draft protective order and email Pineau re same | 0.60 | $490.00 | $294.00 |
| 11/16/2015 | JK | Review documents and emails re potential production; emails with Doe re same | 1.10 | $490.00 | $539.00 |
| 11/17/2015 | JK | Interview Doe re documents and information, document search and preparation for deposition; emails and phone conference re same | 1.50 | $490.00 | $735.00 |
| 11/29/2015 | JK | Review document production; email exchange with Doe | 3.80 | $490.00 | $1,862.00 |
| 11/30/2015 | JK | Review Protective Order; review documents; emails Doe; conference with Doe re documents and next steps; prepare document production and discovery responses | 2.40 | $490.00 | $1,176.00 |
| 12/01/2015 | JK | Further document review and emails Doe, prepare discovery responses | 0.80 | $490.00 | $392.00 |
| 12/02/2015 | JK | Finalize document responses and | 0.70 | $490.00 | $343.00 |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  | prepare document production; emails with Pineau and Doe re same |  |  |  |
| 12/03/2015 | JK | Conference with Pineau re his motion, scheduling matters | 0.30 | $490.00 | $147.00 |
| 12/04/2015 | JK | Prepare for conference with court on proposed motion to lift protective order; research re same and opposition to such motion | 2.50 | $490.00 | $1,225.00 |
| 12/07/2015 | JK | Conference with Court re proposed motion to lift protective order; email to Doe re same | 1.50 | $490.00 | $735.00 |
| 12/21/2015 | JK | Conference with Doe re producing documents per Deposition notice and look at sample screenshot, discuss depo prep generally | 0.80 | $490.00 | $392.00 |

|  |  |  |
|---|---|---|
|  | Total Fees | $9,408.00 |
| Total New Charges |  | $9,408.00 |
| Previous Balance |  | $86,887.60 |
| 8/18/2015 Payment | Doe/TEAM | $-1,500.00 |
| 9/18/2015 Payment | Doe/TEAM | $-1,500.00 |
| 10/20/2015 Payment | Doe/TEAM | $-1,500.00 |
| 11/20/2015 Payment | Doe/TEAM | $-1,500.00 |
| 12/18/2015 Payment | Doe/TEAM | $-1,500.00 |
| Total Payments and Credits |  | $-7,500.00 |
| Balance Due |  | $88,795.60 |

**Staff Summary**

| Name | Hours | Rate |
|---|---|---|
| Joshua Koltun | 19.20 | $490.00 |

Joshua Koltun, Attorney  
One Sansome Street  
Suite 3500, No. 500  
San Francisco, CA 94104  

,                                              Date:    4/04/2016

Regarding: SMT v. Doe EDMI  
Invoice No: 00270

**Services Rendered**

| Date | Staff | Description | Hours | Rate | Charges |
|---|---|---|---|---|---|
| 1/08/2016 | JK | Conference with Doe, deposition preparation and discuss case status, potential scenarios | 3.30 | $490.00 | $1,617.00 |
| 1/15/2016 | JK | Attend deposition of Doe; conferences with Doe before and during lunch break | 7.00 | $490.00 | $3,430.00 |
| 2/01/2016 | JK | Review and analyze Opposition to SMJ and exhs. | 0.90 | $490.00 | $441.00 |
| 2/02/2016 | JK | Analyze cases, legal research and outline Reply SMJ | 3.20 | $490.00 | $1,568.00 |
| 2/03/2016 | JK | Analyze cases and exhibits, outline/draft Reply brief/oral argument | 2.80 | $490.00 | $1,372.00 |
| 2/04/2016 | JK | Draft reply brief | 4.80 | $490.00 | $2,352.00 |
| 2/05/2016 | JK | Draft reply brief | 6.20 | $490.00 | $3,038.00 |
| 2/08/2016 | JK | Draft reply brief and Doe Decl., review factual materials re same and emails Doe re same | 3.20 | $490.00 | $1,568.00 |
| 2/11/2016 | JK | Final edits to Reply, Doe Declaration, shephardize, tables of content and authorities | 3.40 | $490.00 | $1,666.00 |
| 2/12/2016 | JK | Review redaction issue with Doe; final review of documents for filing and file same | 0.90 | $490.00 | $441.00 |
| 2/17/2016 | JK | Review court documents for redactions | 1.70 | $490.00 | $833.00 |

| Date | Staff | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | and emails client re same | | | |
| 2/23/2016 | PJK | Redact documents and emails to Doe and Pineau re same | 2.00 | $150.00 | $300.00 |
| 3/01/2016 | JK | conference with Swanson Sneyd re protective order and redactions, email to client re same | 0.50 | $490.00 | $245.00 |

| | | |
|---|---|---|
| | Total Fees | $18,871.00 |

**Expenses**

| Start Date | Description | Quantity | Charges |
|---|---|---|---|
| 1/22/2016 | Order transcript of deposition | 0.00 | $797.70 |
| | Total Expenses | | $797.70 |

| | |
|---|---|
| Total New Charges | $19,668.70 |
| Previous Balance | $88,795.60 |
| 2/01/2016  Payment  Doe/TEAM | $-1,500.00 |
| 2/22/2016  Payment  Doe/TEAM | $-1,500.00 |
| 3/18/2016  Payment  Doe/TEAM | $-1,500.00 |
| Total Payments and Credits | $-4,500.00 |
| Balance Due | $103,964.30 |

**Staff Summary**

| Name | Hours | Rate |
|---|---|---|
| Joshua Koltun | 37.90 | $490.00 |
| Paralegal JK | 2.00 | $150.00 |

Joshua Koltun, Attorney  
One Sansome Street  
Suite 3500, No. 500  
San Francisco, CA 94104

,                                                              Date:    7/18/2016

Regarding:   SMT v. Doe EDMI  
Invoice No:   00279

**Services Rendered**

| Date | Staff | Description | Hours | Rate | Charges |
|---|---|---|---|---|---|
| 5/19/2016 | JK | Analyze court ruling and email Doe | 0.70 | $490.00 | $343.00 |
| 5/23/2016 | JK | Re Mot. Reconsider, review documents re creation/deletion of PDF and filings with Court; review Court Order; research re "First Sale Doctrine" and Impoundment/destruction orders; conference with Doe re same and outline Motion | 2.40 | $490.00 | $1,176.00 |
| 5/27/2016 | JK | Legal research and outline motion for reconsideration/response re Court proposed order. | 1.30 | $490.00 | $637.00 |
| 5/28/2016 | JK | Draft motion for reconsideration, brief | 5.30 | $490.00 | $2,597.00 |
| 5/29/2016 | JK | Draft motion for reconsideration; declarations; revise same and review record re same | 3.20 | $490.00 | $1,568.00 |
| 6/01/2016 | JK | Final review and assemble documents re Motion for Reconsideration, file same | 1.10 | $490.00 | $539.00 |
| 6/29/2016 | JK | Analyze supplemental brief of TEAM and conference with Doe re status | 2.00 | $490.00 | $980.00 |
| 6/30/2016 | JK | Research re Rule 56(f) limitations, notice | 0.50 | $490.00 | $245.00 |

                                                         Total Fees     $8,085.00

    Total New Charges                                                 $8,085.00

|  |  |  |  |
|---|---|---|---|
|  | Previous Balance |  | $103,964.30 |
| 4/19/2016 | Payment | Doe/TEAM | $-1,500.00 |
| 5/19/2016 | Payment | Doe/TEAM | $-1,500.00 |
| 6/18/2016 | Payment | Doe/TEAM | $-1,500.00 |
|  | Total Payments and Credits |  | $-4,500.00 |
|  | Balance Due |  | $107,549.30 |

**Staff Summary**

| Name | Hours | Rate |
|---|---|---|
| Joshua Koltun | 16.50 | $490.00 |

Joshua Koltun, Attorney
One Sansome Street
Suite 3500, No. 500
San Francisco, CA 94104

, Date: 8/03/2016

Regarding: SMT v. Doe EDMI
Invoice No: 00281

**Services Rendered**

| Date | Staff | Description | Hours | Rate | Charges |
|---|---|---|---|---|---|
| 7/22/2016 | JK | Analyze Order re Reconsider/SMJ and Judgment and conference with Doe re same and motion for attorney fees | 1.10 | $490.00 | $539.00 |
| 7/25/2016 | JK | Legal research re prevailing party; standard re attorney fee award; factual review of pleadings; outline brief | 4.50 | $490.00 | $2,205.00 |
| 7/26/2016 | JK | Draft motion for attorney fees; factual review of pleadings re objectively unreasonable arguments, facts; indications of improper motive | 3.70 | $490.00 | $1,813.00 |
| 7/27/2016 | JK | Draft motion for attorney fees; legal research re standards for award, improper motivations, lodestar factors and calculation, | 6.10 | $490.00 | $2,989.00 |
| 7/28/2016 | JK | Conference with Stewart re declaration; draft Mot Attorney Fees, review case file re same | 1.10 | $490.00 | $539.00 |
| 7/28/2016 | PJK | Review accounting for Koltun and Honigman; assemble exhibits re same and create spreadsheets | 2.20 | $150.00 | $330.00 |
| 7/29/2016 | JK | Draft attorneys fee motion | 6.50 | $490.00 | $3,185.00 |
| 7/30/2016 | JK | Draft attorney fee motion | 5.00 | $490.00 | $2,450.00 |
| 8/01/2016 | JK | Legal research re recoverable fees; draft attorney fee motion | 4.20 | $490.00 | $2,058.00 |

| Date | Staff | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 8/02/2016 | JK | Draft attorney fee motion and related declarations; emails Doe and Stewart re same | 1.70 | $490.00 | $833.00 |
| 8/03/2016 | JK | Finalize brief and declarations; Shepard's check. | 1.40 | $490.00 | $686.00 |

| | | |
|---|---|---|
| | Total Fees | $17,627.00 |
| Total New Charges | | $17,627.00 |
| Previous Balance | | $107,549.30 |
| 7/20/2016 Payment | Doe/TEAM | $-1,500.00 |
| Total Payments and Credits | | $-1,500.00 |
| Balance Due | | $123,676.30 |

**Staff Summary**

| Name | Hours | Rate |
|---|---|---|
| Joshua Koltun | 35.30 | $490.00 |
| Paralegal JK | 2.20 | $150.00 |