# HONIGMAN

Honigman Miller Schwartz and Cohn LLP
Attorneys and Counselors

(734) 418-4200
Fax: (734) 418-4201
www.honigman.com
I.D. NO. 38-1407377

236387
347087

ATTN: Joshua Koltun Esq.
One Sansome St.
San Francisco, CA 94104

December 30, 2013
INVOICE NUMBER: 1095679

RE:     Matter # 347087 - General Intellectual Property Advice

For professional services rendered through November 30, 2013:

| | |
|---|---|
| Total Fees | $2,250.00 |
| Total Disbursements | 9.60 |
| **Total Due** | $2,259.60 |

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**130 South First Street · 4th Floor · Ann Arbor, Michigan 48104-1386**

*Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo*

# HONIGMAN

**(734) 418-4200**
**Fax: (734) 418-4201**
**www.honigman.com**
**I.D. NO. 38-1407377**

Honigman Miller Schwartz and Cohn LLP
Attorneys and Counselors

## TIME DETAIL

| Date | Name | Hours | Amount | Description |
|------|------|-------|--------|-------------|
| 10/22/13 | J. Stewart | 0.50 | 250.00 | Communication with Josh Koltun regarding retainer agreement; locate and send Josh answer in Eastern District of Michigan that we have done. |
| 10/23/13 | J. Stewart | 0.50 | 250.00 | Per Josh request, send pleadings that are in E.D. Michigan format. |
| 11/22/13 | J. Stewart | 1.00 | 500.00 | Attending to finalization and filing of answer; review same; consult with J. Koltun; send as filed to Josh. |
| 11/27/13 | J. Stewart | 1.00 | 500.00 | Advise J. Koltun of notice of Rule 26 conference; obtain information from others in firm regarding Judge Berg and forward to J. Koltun; discussions with J. Koltun and opposing counsel regarding next steps for preparation for Rule 26 conference. |
| 11/29/13 | J. Stewart | 1.50 | 750.00 | Prepare for meeting with opposing counsel regarding Rule 26 Conference; detailed read of Complaint and Answer and annotate issues to dsicuss with J. Koltun; background reading regarding TEAM and Amthrax blog to educate myself on the background of this dispute and real issue here of effort by TEAM to quash criticism. |

| Total Hours and Fees | 4.50 | | | $2,250.00 |
|---|---|---|---|---|

## DISBURSEMENT DETAIL

| Date | Description | Amount |
|------|-------------|--------|
| | | |

236387 ~ 347087
J7S  1095679  12/30/13

2

# HONIGMAN

Honigman Miller Schwartz and Cohn LLP
Attorneys and Counselors

(734) 418-4200
Fax: (734) 418-4201
www.honigman.com
I.D. NO. 38-1407377

| 11/26/13 | Photocopying and Other Document Production | 9.60 |
|---|---|---|

**Disbursements Total**                                                    **$9.60**

## ATTORNEY TIME SUMMARY

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Stewart, James E. | 4.50 | 500.00 | 2,250.00 |
| **Total Hours and Fees** | **4.50** | | **$2,250.00** |

# HONIGMAN

**Honigman Miller Schwartz and Cohn LLP**
Attorneys and Counselors

(734) 418-4200
Fax: (734) 418-4201
www.honigman.com
I.D. NO. 38-1407377

236387
347087

ATTN: Joshua Koltun Esq.
One Sansome St.
San Francisco, CA 94104

December 30, 2013
INVOICE NUMBER: 1095679

## CURRENT INVOICE

| Matter ID | Matter Name | Matter Amount |
|-----------|-------------|---------------|
| 347087 | General Intellectual Property Advice | 2,259.60 |

**CURRENT INVOICE TOTAL**                                   $2,259.60

**TOTAL DUE**                                   $2,259.60

236387 – 347087
J7S 1095679 12/30/13

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
130 South First Street · 4th Floor · Ann Arbor, Michigan 48104-1386

*Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo*

# HONIGMAN

Honigman Miller Schwartz and Cohn LLP
Attorneys and Counselors

(734) 418-4200
Fax: (734) 418-4201
www.honigman.com
I.D. NO. 38-1407377

**Make Checks Payable To:**
Please include Remittance Advice
Honigman Miller Schwartz and Cohn LLP
2290 First National Building
660 Woodward Avenue
Detroit, Michigan 48226-3506

**ACH Payments or
Domestic Wires (U.S. Only)**
Please include Invoice #
Citibank, N.A.
North Aurora, IL
ABA # 27-1070801
Beneficiary's Name: Honigman
Credit Account # 0800-8565-74

**International Wires**
Please include Invoice #
Citibank, N.A.
New York, NY
Swift Code: CITI US33
ABA# 02-1000089
Beneficiary's Name: Honigman
Special Instructions:
ABA # 27-1070801
Credit Account # 0800-8565-74

If you have any questions regarding this statement, please contact the attorney responsible for this matter.  Thank you.

236387 – 347087
J7S  1095679  12/30/13

5

# HONIGMAN

Honigman Miller Schwartz and Cohn LLP
Attorneys and Counselors

(734) 418-4200
Fax: (734) 418-4201
www.honigman.com
I.D. NO. 38-1407377

236387
347087

Joshua Koltun
One Sansome St.
San Francisco, CA 94104

January 31, 2014
INVOICE NUMBER: 1100731

RE: Matter # 347087 - General Intellectual Property Advice

For professional services rendered through December 31, 2013:

| | |
|---|---:|
| Total Fees | $3,125.00 |
| Total Disbursements | 226.80 |
| **Total Current** | <u>$3,351.80</u> |
| Total Unpaid Prior Balances | 2,259.60 |
| **Total Due** | <u>$5,611.40</u> |

236387 - 347087
J7S 1100731 01/31/14

1

# HONIGMAN

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

(734) 418-4200
Fax: (734) 418-4201
www.honigman.com
I.D. NO. 38-1407377

## TIME DETAIL

| Date | Name | Hours | Amount | Description |
|------|------|-------|--------|-------------|
| 12/02/13 | J. Stewart | 2.00 | 1,000.00 | Preparations for rule 26 f conference; outline of issues from Judge Berg order and 26f for Josh Koltun; work on Pro Hac admission for Josh Koltun and send him necessary items for this; calls with opposing counsel regarding meeting; review draft done by opposing counsel; conference call with Josh Koltun regarding case and tomorrow's meeting. |
| 12/03/13 | J. Stewart | 1.00 | 500.00 | Preparation for conference call with other side regarding rule 26 conference; set up and attend conference call; attend to issues regarding pro hac for Josh Koltun. |
| 12/04/13 | J. Stewart | 1.00 | 500.00 | Review of J. Koltun draft of Rule 26 order and attention to issues concerning J. Koltun Pro hac admission. |
| 12/05/13 | J. Stewart | 0.50 | 250.00 | Attention to details for Monday Rule 26F conference and prohac issues; call to court to confirm details of telephonic conference. |
| 12/09/13 | J. Stewart | 1.50 | 750.00 | Prepare for and attend Initial Rule 26 conference; final issues regarding J. Koltun admission; follow up discussion with J. Koltun regarding to do and impressions from court conference. |
| 12/20/13 | J. Stewart | 0.25 | 125.00 | Review J. Koltun Initial Disclosures draft. |

| Total Hours and Fees | 6.25 | | $3,125.00 |
|---|---|---|---|

## DISBURSEMENT DETAIL

23-6387 – 347087
J7S 1100731 01/31/14

2

# HONIGMAN

Honigman Miller Schwartz and Cohn LLP
Attorneys and Counselors

(734) 418-4200
Fax: (734) 418-4201
www.honigman.com
I.D. NO. 38-1407377

| Date | Description | Amount |
|------|-------------|--------|
| 12/06/13 | Court and Other Fees VENDOR: United States District Court- Eastern Di; INVOICE#: 1314; DATE: 12/6/2013  -  CC:236387/347087 - Attorney Admission Fee for Joshua Koltun | 226.00 |
| 12/12/13 | Photocopying and Other Document Production | 0.80 |

**Disbursements Total**      **$226.80**

## ATTORNEY TIME SUMMARY

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| Stewart, James E. - 2013 | 6.25 | 500.00 | 3,125.00 |
| **Total Hours and Fees** | **6.25** | | **$3,125.00** |

## OUTSTANDING RECEIVABLES

| Date | Invoice # | Billed Amount | Credit Amount | Total A/R |
|------|-----------|---------------|---------------|-----------|
| 12/30/13 | 1095679 | 2,259.60 | 0.00 | 2,259.60 |
| **Total Outstanding Receivables** | | | | **$2,259.60** |

236387 - 347087
J7S  1100731  01/31/14

3

# HONIGMAN

Honigman Miller Schwartz and Cohn LLP
Attorneys and Counselors

(734) 418-4200
Fax: (734) 418-4201
www.honigman.com
I.D. NO. 38-1407377

236387
347087

Joshua Koltun
One Sansome St.
San Francisco, CA  94104

January 31, 2014
INVOICE NUMBER: 1100731

**CURRENT INVOICE**

| Matter ID | Matter Name | Matter Amount |
|---|---|---|
| 347087 | General Intellectual Property Advice | 3,351.80 |

**CURRENT INVOICE TOTAL**                                    $3,351.80

**PRIOR OUTSTANDING INVOICES**

| Invoice No. | Invoice Date | Invoice Amount | Credit Amount | Outstanding Balance |
|---|---|---|---|---|
| 1095679 | 12/30/13 | 2,259.60 | 0.00 | 2,259.60 |

**SUBTOTAL PRIOR INVOICES**                                    $2,259.60

**TOTAL DUE**                                    $5,611.40

236387 – 347087
J7S  1100731 01/31/14

4

# HONIGMAN

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

(734) 418-4200
Fax: (734) 418-4201
www.honigman.com
I.D. NO. 38-1407377

**Make Checks Payable To:**
Please include Remittance Advice
Honigman Miller Schwartz and Cohn LLP
2290 First National Building
660 Woodward Avenue
Detroit, Michigan 48226-3506

**ACH Payments or**
**Domestic Wires (U.S. Only)**
Please include Invoice #
Citibank, N.A.
North Aurora, IL
ABA # 27-1070801
Beneficiary's Name: Honigman
Credit Account # 0800-8565-74

**International Wires**
Please include Invoice #
Citibank, N.A.
New York, NY
Swift Code: CITI US33
ABA# 02-1000089
Beneficiary's Name: Honigman
Special Instructions:
ABA # 27-1070801
Credit Account # 0800-8565-74

If you have any questions regarding this statement, please contact the attorney responsible for this matter. Thank you.

236387 – 347087
J7S  1100731  01:31:14

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
130 South First Street · 4th Floor · Ann Arbor, Michigan  48104-1386

*Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo*

# HONIGMAN

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

(734) 418-4200
Fax: (734) 418-4201
www.honigman.com
I.D. NO. 38-1407377

236387
347087

Joshua Koltun
One Sansome St.
San Francisco, CA 94104

February 27, 2014
INVOICE NUMBER: 1105097

RE:     Matter # 347087 - General Intellectual Property Advice

For professional services rendered through January 31, 2014:

| | |
|---|---:|
| Total Fees | $2,805.00 |
| Total Disbursements | 48.57 |
| **Total Current** | **$2,853.57** |
| Total Unpaid Prior Balances | 3,351.80 |
| **Total Due** | **$6,205.37** |

236387 – 347087
J7S 1105097 02/27/14

1

# HONIGMAN

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

(734) 418-4200
Fax: (734) 418-4201
www.honigman.com
I.D. NO. 38-1407377

## TIME DETAIL

| Date | Name | Hours | Amount | Description |
|------|------|-------|--------|-------------|
| 01/07/14 | J. Stewart | 0.25 | 127.50 | Assisting Josh Koltun on formatting for ED Summary Judgment motions. |
| 01/10/14 | J. Stewart | 0.75 | 382.50 | Review Plaintiff discovery responses and respond to Josh inquiries regarding local practice on discovery disputes and on strategy for responding to these as they are so far reaching and an artifice to obtain Doe's identity. |
| 01/27/14 | J. Stewart | 1.00 | 510.00 | Consideration of scheduling and tactical issues raised by Josh Koltun; begin review of Plaintiff's motion for judgment on pleadings. |
| 01/28/14 | J. Stewart | 1.50 | 765.00 | Strategy consultation with Josh Koltun regarding various scheduling/tactical issues; continued review of Plaintiff's motion and exhibits. |
| 01/29/14 | J. Stewart | 2.00 | 1,020.00 | Detailed reading of motion and Magistrate opinion from ND California; discussions regarding strategy with Josh Koltun. |

| **Total Hours and Fees** | | **5.50** | | **$2,805.00** |

## DISBURSEMENT DETAIL

| Date | Description | Amount |
|------|-------------|--------|
| 01/02/14 | Photocopying and Other Document Production | 1.20 |
| 01/07/14 | Telephone Charges Premiere Global Conference Call - on 12/3/13 | 15.17 |
| 01/15/14 | Photocopying and Other Document Production | 0.20 |

236387 – 347087
J7S 1105097 02/27/14

2

# HONIGMAN

**Honigman Miller Schwartz and Cohn LLP**
Attorneys and Counselors

(734) 418-4200
Fax: (734) 418-4201
www.honigman.com
I.D. NO. 38-1407377

| Date | Description | Amount |
|------|-------------|--------|
| 01/15/14 | Photocopying and Other Document Production | 4.20 |
| 01/30/14 | Photocopying and Other Document Production | 27.80 |

**Disbursements Total** <u>$48.57</u>

## ATTORNEY TIME SUMMARY

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| Stewart, James E. | 5.50 | 510.00 | 2,805.00 |
| **Total Hours and Fees** | **5.50** | | <u>**$2,805.00**</u> |

## OUTSTANDING RECEIVABLES

| Date | Invoice # | Billed Amount | Credit Amount | Total A/R |
|------|-----------|---------------|---------------|-----------|
| 01/31/14 | 1100731 | 3,351.80 | 0.00 | 3,351.80 |
| **Total Outstanding Receivables** | | | | <u>**$3,351.80**</u> |

236387 – 347087
J7S 1105097 02/27/14

3

# HONIGMAN

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

(734) 418-4200
Fax: (734) 418-4201
www.honigman.com
I.D. NO. 38-1407377

236387
347087

Joshua Koltun
One Sansome St.
San Francisco, CA  94104

February 27, 2014
INVOICE NUMBER: 1105097

## CURRENT INVOICE

| Matter ID | Matter Name | Matter Amount |
|---|---|---|
| 347087 | General Intellectual Property Advice | 2,853.57 |

**CURRENT INVOICE TOTAL** **$2,853.57**

## PRIOR OUTSTANDING INVOICES

| Invoice No. | Invoice Date | Invoice Amount | Credit Amount | Outstanding Balance |
|---|---|---|---|---|
| 1100731 | 01/31/14 | 3,351.80 | 0.00 | 3,351.80 |

**SUBTOTAL PRIOR INVOICES** **$3,351.80**

**TOTAL DUE** **$6,205.37**

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**130 South First Street · 4th Floor · Ann Arbor, Michigan  48104-1386**

*Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo*

# HONIGMAN

Honigman Miller Schwartz and Cohn LLP
Attorneys and Counselors

(734) 418-4200
Fax: (734) 418-4201
www.honigman.com
I.D. NO. 38-1407377

| **Make Checks Payable To:** | **ACH Payments or Domestic Wires (U.S. Only)** | **International Wires** |
|---|---|---|
| Please include Remittance Advice | Please include Invoice # | Please include Invoice # |
| Honigman Miller Schwartz and Cohn LLP | Citibank, N.A. | Citibank, N.A. |
| 2290 First National Building | North Aurora, IL | New York, NY |
| 660 Woodward Avenue | ABA # 27-1070801 | Swift Code: CITI US33 |
| Detroit, Michigan 48226-3506 | Beneficiary's Name: Honigman | ABA# 02-1000089 |
| | Credit Account # 0800-8565-74 | Beneficiary's Name: Honigman |
| | | Special Instructions: |
| | | ABA # 27-1070801 |
| | | Credit Account # 0800-8565-74 |

If you have any questions regarding this statement, please contact the attorney responsible for this matter.  Thank you.

236387 – 347087
J7S  1105097  02/27/14

5

# HONIGMAN

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(734) 418-4200**
**Fax: (734) 418-4201**
**www.honigman.com**
**I.D. NO. 38-1407377**

236387
347087

Joshua Koltun
One Sansome St.
San Francisco, CA 94104

March 24, 2014
INVOICE NUMBER: 1110015

RE: Matter # 347087 - General Intellectual Property Advice

For professional services rendered through February 28, 2014:

| | |
|---|---|
| Total Fees | $2,295.00 |
| Total Disbursements | 29.00 |
| **Total Due** | $2,324.00 |

# HONIGMAN

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(734) 418-4200**
**Fax: (734) 418-4201**
**www.honigman.com**
**I.D. NO. 38-1407377**

## TIME DETAIL

| Date | Name | Hours | Amount | Description |
|------|------|-------|--------|-------------|
| 02/03/14 | J. Stewart | 0.50 | 255.00 | Begin initial review of Josh Koltun opposition to motion and yesterday email questions. |
| 02/05/14 | J. Stewart | 1.50 | 765.00 | Detailed review of draft opposition to motion to dismiss; annotate same. |
| 02/06/14 | J. Stewart | 0.50 | 255.00 | Brief discussions with Josh Koltun regarding briefs; considerations on my suggestions for revising the introduction. |
| 02/07/14 | J. Stewart | 1.00 | 510.00 | Meet with Josh Koltun while we are both at ABA Forum on Communications Annual Meeting to discuss various local practice issues regarding opposition to Motion on pleadings and discuss content of first draft and possible ways we can improve it; advise Josh later in day of notice from court that there will be no oral argument and discussions of the possible meanings of that. |
| 02/10/14 | J. Stewart | 1.00 | 510.00 | Emails with Josh Koltun regarding filing and brief review of his discovery responses and review of final of opposition to motion on pleadings. |

| Total Hours and Fees | 4.50 | | $2,295.00 |
|---|---|---|---|

## DISBURSEMENT DETAIL

| Date | Description | Amount |
|------|-------------|--------|
| 02/13/14 | Photocopying and Other Document Production | 28.40 |

236387 – 347087
J7S 1110015 03/24/14

2

# HONIGMAN

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

(734) 418-4200
Fax: (734) 418-4201
www.honigman.com
I.D. NO. 38-1407377

| Date | Description | Amount |
|------|-------------|--------|
| 02/27/14 | Photocopying and Other Document Production | 0.60 |

**Disbursements Total**          <u>$29.00</u>

**ATTORNEY TIME SUMMARY**

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| Stewart, James E. | 4.50 | 510.00 | 2,295.00 |
| **Total Hours and Fees** | **4.50** | | <u>**$2,295.00**</u> |

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
130 South First Street · 4th Floor · Ann Arbor, Michigan  48104-1386

*Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo*

# HONIGMAN

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

(734) 418-4200
Fax: (734) 418-4201
www.honigman.com
I.D. NO. 38-1407377

236387
347087

Joshua Koltun
One Sansome St.
San Francisco, CA  94104

March 24, 2014
INVOICE NUMBER: 1110015

## CURRENT INVOICE

| Matter ID | Matter Name | Matter Amount |
|---|---|---|
| 347087 | General Intellectual Property Advice | 2,324.00 |

**CURRENT INVOICE TOTAL** — $2,324.00

**TOTAL DUE** — $2,324.00

| **Make Checks Payable To:** | **ACH Payments or Domestic Wires (U.S. Only)** | **International Wires** |
|---|---|---|
| Please include Remittance Advice | Please include Invoice # | Please include Invoice # |
| Honigman Miller Schwartz and Cohn LLP | Citibank, N.A. | Citibank, N.A. |
| 2290 First National Building | North Aurora, IL | New York, NY |
| 660 Woodward Avenue | ABA # 27-1070801 | Swift Code: CITI US33 |
| Detroit, Michigan 48226-3506 | Beneficiary's Name: Honigman | ABA# 02-1000089 |
| | Credit Account # 0800-8565-74 | Beneficiary's Name: Honigman |
| | | Special Instructions: |
| | | ABA # 27-1070801 |
| | | Credit Account # 0800-8565-74 |

If you have any questions regarding this statement, please contact the attorney responsible for this matter.  Thank you.

236387 – 347087
J7S 1110015 03/24/14

4

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**130 South First Street · 4th Floor · Ann Arbor, Michigan  48104-1386**

*Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo*

# HONIGMAN

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(734) 418-4200**
**Fax: (734) 418-4201**
**www.honigman.com**
**I.D. NO. 38-1407377**

236387
347087

Joshua Koltun
One Sansome St.
San Francisco, CA 94104

April 25, 2014
INVOICE NUMBER: 1115346

RE:     Matter # 347087 - General Intellectual Property Advice

For professional services rendered through March 31, 2014:

| | |
|---|---:|
| Total Fees | $2,677.50 |
| Total Disbursements | 3.20 |
| **Total Current** | **$2,680.70** |
| Total Unpaid Prior Balances | 2,324.00 |
| **Total Due** | **$5,004.70** |

236387 – 347087
J7S 1115346 04/25/14

1

Honigman Miller Schwartz and Cohn LLP
Attorneys and Counselors

(734) 418-4200
Fax: (734) 418-4201
www.honigman.com
I.D. NO. 38-1407377

TIME DETAIL

| Date | Name | Hours | Amount | Description |
|------|------|-------|--------|-------------|
| 03/04/14 | J. Stewart | 1.00 | 510.00 | Attention to discovery exchanges and to state of pleadings and issue that we are in conformance with ED Mich protocol as the discovery begins. |
| 03/07/14 | J. Stewart | 0.25 | 127.50 | Attention to issues raised in Correspondence regarding Josh Koltun schedule, protective order. |
| 03/18/14 | J. Stewart | 0.50 | 255.00 | Consult with J. Koltun regarding strategy considerations with deposition of our client. |
| 03/19/14 | J. Stewart | 0.25 | 127.50 | Emails regarding discovery issues. |
| 03/20/14 | J. Stewart | 0.50 | 255.00 | Consult with Josh Koltun on local practice issues applicable to ongoing issue with Doe's deposition and Plaintiff's suggestion to continue discovery. |
| 03/24/14 | J. Stewart | 0.50 | 255.00 | Attention to issue of discovery disputes and Plaintiff's request for discovery extension through the day. |
| 03/25/14 | J. Stewart | 0.75 | 382.50 | Continued attention throughout day to issue of discovery extension with emails with Josh Koltun and consideration and drafting of possible stipulation that might solve this. |
| 03/26/14 | J. Stewart | 1.00 | 510.00 | Revise and send proposed stipulation to Plaintiff counsel and review of his response; telephonic hearing with court regarding discovery issue; report to J. Koltun on content of and results of the court ruling. |
| 03/27/14 | J. Stewart | 0.50 | 255.00 | Emails providing Josh Koltun more detail on yesterday's conference. |

| Total Hours and Fees | 5.25 | | $2,677.50 |
|---|---|---|---|

236387 – 347087
J7S 1115346 04/25/14

2

# HONIGMAN

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

(734) 418-4200
Fax: (734) 418-4201
www.honigman.com
I.D. NO. 38-1407377

## DISBURSEMENT DETAIL

| Date | Description | Amount |
|------|-------------|--------|
| 03/13/14 | Photocopying and Other Document Production | 2.80 |
| 03/31/14 | Photocopying and Other Document Production | 0.40 |

**Disbursements Total** **$3.20**

## ATTORNEY TIME SUMMARY

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| Stewart, James E. | 5.25 | 510.00 | 2,677.50 |
| **Total Hours and Fees** | **5.25** | | **$2,677.50** |

## OUTSTANDING RECEIVABLES

| Date | Invoice # | Billed Amount | Credit Amount | Total A/R |
|------|-----------|---------------|---------------|-----------|
| 03/24/14 | 1110015 | 2,324.00 | 0.00 | 2,324.00 |

**Total Outstanding Receivables** **$2,324.00**

236387 – 347087
J7S 1115346 04/25/14

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
130 South First Street · 4th Floor · Ann Arbor, Michigan 48104-1386

*Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo*

# HONIGMAN

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

(734) 418-4200
Fax: (734) 418-4201
www.honigman.com
I.D. NO. 38-1407377

236387
347087

Joshua Koltun
One Sansome St.
San Francisco, CA  94104

April 25, 2014
INVOICE NUMBER: 1115346

## CURRENT INVOICE

| Matter ID | Matter Name | Matter Amount |
|---|---|---|
| 347087 | General Intellectual Property Advice | 2,680.70 |

**CURRENT INVOICE TOTAL** <u>**$2,680.70**</u>

## PRIOR OUTSTANDING INVOICES

| Invoice No. | Invoice Date | Invoice Amount | Credit Amount | Outstanding Balance |
|---|---|---|---|---|
| 1110015 | 03/24/14 | 2,324.00 | 0.00 | 2,324.00 |

**SUBTOTAL PRIOR INVOICES** <u>**$2,324.00**</u>

**TOTAL DUE** <u>**$5,004.70**</u>

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
130 South First Street · 4th Floor · Ann Arbor, Michigan  48104-1386

*Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo*

# HONIGMAN

Honigman Miller Schwartz and Cohn LLP
Attorneys and Counselors

(734) 418-4200
Fax: (734) 418-4201
www.honigman.com
I.D. NO. 38-1407377

| Make Checks Payable To: | ACH Payments or Domestic Wires (U.S. Only) | International Wires |
|---|---|---|
| Please include Remittance Advice | Please include Invoice # | Please include Invoice # |
| Honigman Miller Schwartz and Cohn LLP | Citibank, N.A. | Citibank, N.A. |
| 2290 First National Building | North Aurora, IL | New York, NY |
| 660 Woodward Avenue | ABA # 27-1070801 | Swift Code: CITI US33 |
| Detroit, Michigan 48226-3506 | Beneficiary's Name: Honigman | ABA# 02-1000089 |
| | Credit Account # 0800-8565-74 | Beneficiary's Name: Honigman |
| | | Special Instructions: |
| | | ABA # 27-1070801 |
| | | Credit Account # 0800-8565-74 |

If you have any questions regarding this statement, please contact the attorney responsible for this matter.  Thank you.

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
130 South First Street · 4th Floor · Ann Arbor, Michigan  48104-1386

*Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo*

# HONIGMAN

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

(734) 418-4200
Fax: (734) 418-4201
www.honigman.com
I.D. NO. 38-1407377

236387
347087

Joshua Koltun
One Sansome St.
San Francisco, CA 94104

May 30, 2014
INVOICE NUMBER: 1121061

RE:    Matter # 347087 - General Intellectual Property Advice

For professional services rendered through April 30, 2014:

| | |
|---|---:|
| Total Fees | $765.00 |
| Total Disbursements | 0.20 |
| **Total Current** | **$765.20** |
| Total Unpaid Prior Balances | 5,004.70 |
| **Total Due** | **$5,769.90** |

236387 – 347087
J7S 1121061 05/30/14

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
130 South First Street · 4th Floor · Ann Arbor, Michigan 48104-1386

*Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo*

# HONIGMAN

Honigman Miller Schwartz and Cohn LLP
Attorneys and Counselors

(734) 418-4200
Fax: (734) 418-4201
www.honigman.com
I.D. NO. 38-1407377

## TIME DETAIL

| Date | Name | Hours | Amount | Description |
|------|------|-------|--------|-------------|
| 04/04/14 | J. Stewart | 0.25 | 127.50 | Attention to changed conference call with court and Plaintiff's claimed issues regarding various discovery issues. |
| 04/09/14 | J. Stewart | 0.50 | 255.00 | Attention to need for rescheduling with opposing counsel; call to court regarding same and receive return call from Court regarding scheduling. |
| 04/11/14 | J. Stewart | 0.25 | 127.50 | Monitor Plaintiff emails regarding revised schedule. |
| 04/17/14 | J. Stewart | 0.25 | 127.50 | Follow up on scheduling issues from Plaintiff regarding date and with Josh regarding same. |
| 04/27/14 | J. Stewart | 0.25 | 127.50 | Email Josh Koltun regarding results of call with judge and next steps. |

| | | | | |
|---|---|---|---|---|
| **Total Hours and Fees** | | **1.50** | | **$765.00** |

## DISBURSEMENT DETAIL

| Date | Description | Amount |
|------|-------------|--------|
| 04/30/14 | Photocopying and Other Document Production | 0.20 |

| | |
|---|---|
| **Disbursements Total** | **$0.20** |

## ATTORNEY TIME SUMMARY

# HONIGMAN

Honigman Miller Schwartz and Cohn LLP
Attorneys and Counselors

(734) 418-4200
Fax: (734) 418-4201
www.honigman.com
I.D. NO. 38-1407377

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Stewart, James E. | 1.50 | 510.00 | 765.00 |
| **Total Hours and Fees** | **1.50** | | **$765.00** |

### OUTSTANDING RECEIVABLES

| Date | Invoice # | Billed Amount | Credit Amount | Total A/R |
|---|---|---|---|---|
| 03/24/14 | 1110015 | 2,324.00 | 0.00 | 2,324.00 |
| 04/25/14 | 1115346 | 2,680.70 | 0.00 | 2,680.70 |
| **Total Outstanding Receivables** | | | | **$5,004.70** |

236387 – 347087
J7S 1121061 05/30/14

# HONIGMAN

**Honigman Miller Schwartz and Cohn LLP**
Attorneys and Counselors

(734) 418-4200
Fax: (734) 418-4201
www.honigman.com
I.D. NO. 38-1407377

236387
347087

Joshua Koltun
One Sansome St.
San Francisco, CA  94104

May 30, 2014
INVOICE NUMBER: 1121061

**CURRENT INVOICE**

| Matter ID | Matter Name | Matter Amount |
|-----------|-------------|---------------|
| 347087 | General Intellectual Property Advice | 765.20 |

**CURRENT INVOICE TOTAL**                                     $765.20

**PRIOR OUTSTANDING INVOICES**

| Invoice No. | Invoice Date | Invoice Amount | Credit Amount | Outstanding Balance |
|-------------|--------------|----------------|---------------|---------------------|
| 1110015 | 03/24/14 | 2,324.00 | 0.00 | 2,324.00 |
| 1115346 | 04/25/14 | 2,680.70 | 0.00 | 2,680.70 |

**SUBTOTAL PRIOR INVOICES**                                     $5,004.70

**TOTAL DUE**                                     $5,769.90

236387 – 347087
J7S  1121061  05/30/14

4

# HONIGMAN

**Honigman Miller Schwartz and Cohn LLP**
Attorneys and Counselors

(734) 418-4200
Fax: (734) 418-4201
www.honigman.com
I.D. NO. 38-1407377

| **Make Checks Payable To:** | **ACH Payments or**<br>**Domestic Wires (U.S. Only)** | **International Wires** |
|---|---|---|
| Please include Remittance Advice | Please include Invoice # | Please include Invoice # |
| Honigman Miller Schwartz and Cohn LLP | Citibank, N.A. | Citibank, N.A. |
| 2290 First National Building | North Aurora, IL | New York, NY |
| 660 Woodward Avenue | ABA # 27-1070801 | Swift Code: CITI US33 |
| Detroit, Michigan 48226-3506 | Beneficiary's Name: Honigman | ABA# 02-1000089 |
| | Credit Account # 0800-8565-74 | Beneficiary's Name: Honigman |
| | | Special Instructions: |
| | | ABA # 27-1070801 |
| | | Credit Account # 0800-8565-74 |

If you have any questions regarding this statement, please contact the attorney responsible for this matter. Thank you.

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
130 South First Street · 4th Floor · Ann Arbor, Michigan  48104-1386

*Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo*

# HONIGMAN

**Honigman Miller Schwartz and Cohn LLP**
Attorneys and Counselors

(734) 418-4200
Fax: (734) 418-4201
www.honigman.com
I.D. NO. 38-1407377

236387
347087

Joshua Koltun
One Sansome St.
San Francisco, CA  94104

July 16, 2014
INVOICE NUMBER: 1129346

RE:     Matter # 347087 - General Intellectual Property Advice

For professional services rendered through June 30, 2014:

| | |
|---|---:|
| Total Fees | $60.00 |
| Total Disbursements | 2.00 |
| **Total Current** | <u>$62.00</u> |
| Total Unpaid Prior Balances | 5,769.90 |
| **Total Due** | <u>$5,831.90</u> |

236387 – 347087
J7S  1129346  07/16/14

1

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
130 South First Street · 4th Floor · Ann Arbor, Michigan  48104-1386

*Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo*

# HONIGMAN

Honigman Miller Schwartz and Cohn LLP
Attorneys and Counselors

(734) 418-4200
Fax: (734) 418-4201
www.honigman.com
I.D. NO. 38-1407377

## TIME DETAIL

| Date | Name | Hours | Amount | Description |
|------|------|-------|--------|-------------|
| 06/02/14 | M. Jafary-Hariri | 0.25 | 60.00 | Discussed procedural/filing issue for sealed documents with Jim Stewart and Josh Koltun; review of local court rules. |
| **Total Hours and Fees** | | **0.25** | | **$60.00** |

## DISBURSEMENT DETAIL

| Date | Description | Amount |
|------|-------------|--------|
| 05/15/14 | Photocopying and Other Document Production | 1.00 |
| 05/29/14 | Photocopying and Other Document Production | 0.20 |
| 06/30/14 | Photocopying and Other Document Production | 0.80 |
| **Disbursements Total** | | **$2.00** |

## ATTORNEY TIME SUMMARY

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| Jafary-Hariri, Mitra | 0.25 | 240.00 | 60.00 |

236387 – 347087
J7S 1129346 07/16/14

2

# HONIGMAN

Honigman Miller Schwartz and Cohn LLP
Attorneys and Counselors

(734) 418-4200
Fax: (734) 418-4201
www.honigman.com
I.D. NO. 38-1407377

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Total Hours and Fees | 0.25 | | $60.00 |

OUTSTANDING RECEIVABLES

| Date | Invoice # | Billed Amount | Credit Amount | Total A/R |
|---|---|---|---|---|
| 03/24/14 | 1110015 | 2,324.00 | 0.00 | 2,324.00 |
| 04/25/14 | 1115346 | 2,680.70 | 0.00 | 2,680.70 |
| 05/30/14 | 1121061 | 765.20 | 0.00 | 765.20 |
| Total Outstanding Receivables | | | | $5,769.90 |

236387 – 347087
J7S  1129346  07/16/14

3

**HONIGMAN**

(734) 418-4200
Fax: (734) 418-4201
www.honigman.com
I.D. NO. 38-1407377

Honigman Miller Schwartz and Cohn LLP
Attorneys and Counselors

236387
347087

Joshua Koltun
One Sansome St.
San Francisco, CA  94104

July 16, 2014
INVOICE NUMBER: 1129346

**CURRENT INVOICE**

| Matter ID | Matter Name | Matter Amount |
|-----------|-------------|---------------|
| 347087 | General Intellectual Property Advice | 62.00 |

**CURRENT INVOICE TOTAL**                                   **$62.00**

**PRIOR OUTSTANDING INVOICES**

| Invoice No. | Invoice Date | Invoice Amount | Credit Amount | Outstanding Balance |
|-------------|--------------|----------------|---------------|---------------------|
| 1110015 | 03/24/14 | 2,324.00 | 0.00 | 2,324.00 |
| 1115346 | 04/25/14 | 2,680.70 | 0.00 | 2,680.70 |
| 1121061 | 05/30/14 | 765.20 | 0.00 | 765.20 |

**SUBTOTAL PRIOR INVOICES**                                **$5,769.90**

**TOTAL DUE**                                              **$5,831.90**

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**130 South First Street · 4th Floor · Ann Arbor, Michigan  48104-1386**

*Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo*

# HONIGMAN

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

(734) 418-4200
Fax: (734) 418-4201
www.honigman.com
I.D. NO. 38-1407377

| Make Checks Payable To: | ACH Payments or<br>Domestic Wires (U.S. Only) | International Wires |
|---|---|---|
| Please include Remittance Advice | Please include Invoice # | Please include Invoice # |
| Honigman Miller Schwartz and Cohn LLP | Citibank, N.A. | Citibank, N.A. |
| 2290 First National Building | North Aurora, IL | New York, NY |
| 660 Woodward Avenue | ABA # 27-1070801 | Swift Code: CITI US33 |
| Detroit, Michigan 48226-3506 | Beneficiary's Name: Honigman | ABA# 02-1000089 |
| | Credit Account # 0800-8565-74 | Beneficiary's Name: Honigman |
| | | Special Instructions: |
| | | ABA # 27-1070801 |
| | | Credit Account # 0800-8565-74 |

If you have any questions regarding this statement, please contact the attorney responsible for this matter. Thank you.

236387 – 347087
J7S 1129346 07/16/14

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**130 South First Street · 4th Floor · Ann Arbor, Michigan 48104-1386**

*Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo*

# HONIGMAN

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(734) 418-4200**
**Fax: (734) 418-4201**
**www.honigman.com**
**I.D. NO. 38-1407377**

236387
347087

Joshua Koltun
One Sansome St.
San Francisco, CA  94104

March 6, 2015
INVOICE NUMBER: 1173933

RE:      Matter # 347087 - General Intellectual Property Advice

For professional services rendered through January 31, 2015:

| | |
|---|---:|
| Total Fees | $520.00 |
| Total Disbursements | 0.00 |
| **Total Due** | **$520.00** |

# HONIGMAN

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(734) 418-4200**
**Fax: (734) 418-4201**
**www.honigman.com**
**I.D. NO. 38-1407377**

**TIME DETAIL**

| Date | Name | Hours | Amount | Description |
|------|------|-------|--------|-------------|
| 01/30/15 | J. Stewart | 1.00 | 520.00 | Consultation with Josh Koltun prior to his argument today while he is in Ann Arbor. |

**Total Hours and Fees**      **1.00**      **$520.00**

**ATTORNEY TIME SUMMARY**

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| Stewart, James E. | 1.00 | 520.00 | 520.00 |

**Total Hours and Fees**      **1.00**      **$520.00**

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**130 South First Street · 4th Floor · Ann Arbor, Michigan  48104-1386**

*Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo*

# HONIGMAN

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(734) 418-4200**
**Fax: (734) 418-4201**
**www.honigman.com**
**I.D. NO. 38-1407377**

236387
347087

Joshua Koltun
One Sansome St.
San Francisco, CA 94104

March 6, 2015
INVOICE NUMBER: 1173933

**CURRENT INVOICE**

| Matter ID | Matter Name | Matter Amount |
|---|---|---|
| 347087 | General Intellectual Property Advice | 520.00 |

**CURRENT INVOICE TOTAL**      **$520.00**

**TOTAL DUE**      **$520.00**

| **Make Checks Payable To:** | **ACH Payments or**<br>**Domestic Wires (U.S. Only)** | **International Wires** |
|---|---|---|
| Please include Remittance Advice | Please include Invoice # | Please include Invoice # |
| Honigman Miller Schwartz and Cohn LLP | Citibank, N.A. | Citibank, N.A. |
| 2290 First National Building | North Aurora, IL | New York, NY |
| 660 Woodward Avenue | ABA # 27-1070801 | Swift Code: CITI US33 |
| Detroit, Michigan 48226-3506 | Beneficiary's Name: Honigman | ABA# 02-1000089 |
| | Credit Account # 0800-8565-74 | Beneficiary's Name: Honigman |
| | | Special Instructions: |
| | | ABA # 27-1070801 |
| | | Credit Account # 0800-8565-74 |

If you have any questions regarding this statement, please contact the attorney responsible for this matter. Thank you.

236387 – 347087
J7S 1173933 03/06/15

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**130 South First Street · 4th Floor · Ann Arbor, Michigan 48104-1386**

*Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo*