UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

SIGNATURE MANAGEMENT TEAM, LLC

      Plaintiff(s),

v.

JOHN DOE

      Defendant(s).
_____/

Case No. 4:13-CV-14005

Judge Judith E. Levy

Magistrate Judge David R. Grand

## NOTICE OF APPEAL

Notice is hereby given that **Signature Managment Team, LLC** appeals to the United States Court of Appeals for the Sixth Circuit from the: ☐ Judgment  ☐ Order

☑ Other: form of the Judgment, including the failure of the Judgment to specifically identify the defendant,

entered in this action on July 22, 2016.

Date: August 16, 2016

Counsel is: RETAINED

s/ Joanne Geha Swanson

P33594
Kerr, Russell and Weber, PLC
500 Woodward Ave
Suite 2500
Detroit, MI 48226
(313) 961-0200
jswanson@kerr-russell.com

Appellant: Please file this form with the District Court Clerk's Office. If you are paying the filing fee, please make your $505.00 check payable to: Clerk, U.S. District Court.