Joshua Koltun, Attorney
One Sansome Street
Suite 3500, No. 500
San Francisco, CA 94104

,                                                                            Date:   8/22/2016

Regarding:  SMT v. Doe EDMI
Invoice No:   00282

### *Services Rendered*

| Date | Staff | Description | Hours | Rate | Charges |
|------|-------|-------------|-------|------|---------|
| 8/17/2016 | JK | Analyze opposition to motion for attorney fees, review record re same; review and analyze cases and legal research; analyze Michigan survey | 3.50 | $490.00 | $1,715.00 |
| 8/18/2016 | JK | Conference with Doe re motions for attorney fees, prospective appeal, next steps; legal research re opposition to attorney fees and draft reply brief | 3.30 | $490.00 | $1,617.00 |
| 8/19/2016 | JK | Analyze TEAM motion for attorney fees; incorporate issues re reply brief; legal research and draft reply brief. | 7.30 | $490.00 | $3,577.00 |
| 8/20/2016 | JK | Draft Reply brief on attorney fees; legal research re same. | 7.10 | $490.00 | $3,479.00 |
| 8/21/2016 | JK | Emails Doe re Reply Brief; legal research re Opp. Brief to TEAM attorney fees, draft same. | 0.90 | $490.00 | $441.00 |

|  |  |
|--|--|
| Total Fees | $10,829.00 |

| | |
|--|--|
| Total New Charges | $10,829.00 |
| Previous Balance | $123,676.30 |

| | | | |
|--|--|--|--|
| 8/19/2016 | Payment | Doe/TEAM | $-1,500.00 |

| | |
|--|--|
| Total Payments and Credits | $-1,500.00 |

Balance Due                                                                                      $133,005.30

### *Staff Summary*

| Name | Hours | Rate |
|---|---|---|
| Joshua Koltun | 22.10 | $490.00 |